**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.: 3:05CV101**

| | | |
|---|---|---|
| **AMERICAN TIRE DISTRIBUTORS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **AM-PAC TIRE DISTRIBUTORS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the motion of Defendant for the special admission of Warren B. Lightfoot, Jr. and Chris Mitchell, filed June 8, 2005.

Upon careful review and consideration, this Court will grant Defendant's Motion.

In accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Mr. Lightfoot and Mr. Mitchell are each directed to pay the admission fee of ONE HUNDRED AND NO/100 DOLLARS ($100.00) to the Clerk of Court within ten (10) days from the date of the filing of this Order.

**SO ORDERED.**

**Signed: June 13, 2005**

*[signature: Graham C. Mullen]*

Graham C. Mullen
Chief United States District Judge